104

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MICHAEL SCOTT, Defendant-Appellant.

(Nos. 73-351, 73-385 cons.; )

Fifth District—October 17, 1974.

Opinion by Mr. PRESIDING JUSTICE G. MORAN.

Robert E. Farrell, of Mt. Vernon, and Steven Clark, of Chicago, both of State Appellate Defender's Office, for appellant.

Guy Lahr, III, State's Attorney, of Metropolis, for the People.